PROB 12B
(7/93)

Report Date: May 7, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY   2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tracy Lynn Swanson            Case Number: 2:08CR00173-001-RHW

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 3, 2009    Type of Supervision: Supervised Release

Original Offense: Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 371 and 513            Date Supervision Commenced: May 24, 2012

Original Sentence: Prison - 48 Months;          Date Supervision Expires: May 23, 2015
TSR - 36 Months

## PETITIONING THE COURT

To **remove** the conditions of supervision as follows:

20   You shall reside in a residential reentry center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Ms. Swanson is scheduled to release from Bureau of Prisons' (BOP) custody on May 24, 2012. At this time, she has an approved release address in Spokane, Washington. She also has employment. She has had the benefits of prerelease transition services since November 15, 2011, and is not in need of an additional 180 days. Therefore, it is respectfully recommended that the above special condition be removed.

Ms. Swanson has signed the attached waiver of hearing after being advised of her right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/07/2012

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/14/12
Date