PROB 12B
(7/93)

Report Date: March 20, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 25 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tracy L. Swanson                     Case Number: 2:08CR00173-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge

Date of Original Sentence: September 3, 2009          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Utter Counterfeit      Date Supervision Commenced: May 24, 2012
Securities of an Organization, 18 U.S.C. §§ 371 and
513

Original Sentence: Prison - 47 Months;                 Date Supervision Expires: May 23, 2015
                   TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the program offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

### CAUSE

The offender is homeless, unemployed and will be released from inpatient treatment with no place to live.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/20/2013

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
Re: Swanson, Tracy L
March 20, 2013
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

3/25/2013
Date