PROB 12B
(7/93)

Report Date: August 5, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 07 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tracy L. Swanson      Case Number: 2:08CR00173-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge

Date of Original Sentence: September 3, 2009      Type of Supervision: Supervised Release

Original Offense: Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 371 and 513

Date Supervision Commenced: May 24, 2012

Original Sentence: Prison - 48 Months; TSR - 36 Months

Date Supervision Expires: May 23, 2015

---

## PETITIONING THE COURT

To **remove** the condition of supervision as follows:

> You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the program offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

Ms. Swanson has been in the residential reentry center (RRC) since April 2, 2013. While at the RRC, she has obtained full time employment working as a night manager for the Best Western Hotel in Liberty Lake, Washington. She has saved $2,700 and has found an appropriate residence in which to reside. Ms. Swanson has made payments on her restitution every month. Tracy Swanson has been participating in outpatient treatment, which she plans to complete upon release from the RRC. It appears it would be appropriate to give her the opportunity to succeed in the community.

It is respectfully recommend the Court remove the above imposed condition of Ms. Swanson's supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/05/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✔] The Modification of Conditions as Noted Above
[ ] Other

s/Robert H. Whaley
Signature of Judicial Officer

August 7, 2013
Date